FILED
2005 JUN 22 A 10: 04
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
DEPUTY

LODGED
JUN 20 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America          )   CV-F- 05 CR 00161
                 Plaintiff,       )
                                  )   PETITION AND ORDER
        v.                        )   FOR ADMISSION TO
                                  )   PRACTICE PRO HAC VICE
Frank Wyne                        )
                 Defendant.       )

I, David H. Gehrke, attorney for Frank Wyne, hereby petition for admission to practice under the provision of Local Rule 180(b)(2) of this Court, and in support thereof, state under penalty of perjury that:

My residence address is:          My business address is:

22223 30 Ave So                   22030 7th Ave. South, Ste. 202
Des Moines, WA                    Des Moines, Washington
98198                             98198

                                  Phone: 206.878.4100

I was admitted to practice in the (court) WASHINGTON STATE on MAY 1978 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have/(have not) concurrently or within the year preceding this application made a pro hac vice application to this court.

1  (List the name and number of each matter in which an application was made, the
2  date of application and whether granted or denied.)

3  _____

4  _____

5  _____

6       I hereby designate the following member of the Bar of this Court with
7  whom the Court and opposing counsel may readily communicate regarding the
8  conduct of the case and upon whom papers shall be served:

9       Steven D. Smith
10      1327 N Street
11      Fresno, CA 93721

13 Dated: 6-20-05                              _____
                                              Petitioner

15      I hereby consent to my designation as counsel with whom the Court and
16 opposing counsel may readily communicate regarding the conduct of the case and
17 upon whom papers shall be served.

19 Dated: 6-20-05                              _____
                                              Designee

20                          **ORDER**

22 **PETITION IS HEREBY:**          (X) **GRANTED**     ( )
   **DENIED**

24 DATED: 6-21-05                   _____
                                   UNITED STATES DISTRICT JUDGE